# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### FORT MYERS DIVISION

CAMDEN MUELLER,
an individual,

        Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC.,
a foreign for-profit corporation,
EQUIFAX INFORMATION
SERVICES, LLC,
a foreign limited liability company, and
TRANS UNION LLC,
a foreign limited liability company,

        Defendants.

_____/

Case No.: 2:26-cv-00405-KCD-NPM

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT, EXPERIAN INFORMATION SOLUTIONS, INC.

Plaintiff, CAMDEN MUELLER (hereinafter, "Plaintiff"), and Defendants, EXPERIAN INFORMATION SOLUTIONS, INC. (hereinafter, "Experian"), EQUIFAX INFORMATION SERVICES LLC, and TRANS UNION LLC pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the *Dismissal, with Prejudice, of Experian,* with court costs and attorneys' fees to be paid by the party incurring the same.

Dated: June 12, 2026

SWIFT LAW PLLC

/s/ *Jon P. Dubbeld*

Jon P. Dubbeld, Esq., FBN 105869
Jessica A. Stephens, Esq., FBN 1069016
11300 4th Street N., Suite 260
St. Petersburg, FL 33716
Phone: (727) 300-1929
Fax: (727) 255-5332
jdubbeld@swift-law.com
jstephens@swift-law.com
jmurphy@swift-law.com
*Counsel for Plaintiff*

SEYFARTH SHAW LLP

/s/ *Paige Vacante*

Paige Vacante, Esq. FBN: 1019135
233 S. Wacker Drive
Chicago, IL 60606-6448
Telephone: (312) 460-5000
Facsimile: (312) 460-7000
Email: pvacante@seyfarth.com
*Attorney for Defendant Equifax Information Services LLC*

KASOWITZ LLP

/s/ *Maria H. Ruiz*

Maria H. Ruiz, Esq.
FBN 182923
201 South Biscayne Blvd, Ste. 2550
Miami, FL 33131
Tel: (786) 587-1044
mruiz@kasowitz.com
*Attorney for Experian Information Solutions, Inc.*

QUILLING, SELANDER,LOWNDS, WINSLETT &MOSER,P.C

/s/ *Alexandra Vargas*

Alexandra Vargas, Esq. FBN: 0010961
5801 Tennyson Parkway, Suite 440
Plano, Texas 75024
Telephone: (214) 560-5460
Facsimile: (214) 871-2111
alex.vargas@qslwm.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 30, 2026, I filed a true and correct copy of the above and foregoing *Joint Stipulation for Dismissal with Prejudice as to Defendant Experian Information Solutions, Inc.* via CM/ECF and will serve a copy of the same to counsel of record for all parties.

/s/ *Jon P. Dubbeld*
Attorney