UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

CAMDEN MUELLER,
an individual,

        Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC.,
a foreign for-profit corporation,
EQUIFAX INFORMATION
SERVICES, LLC,
a foreign limited liability company, and
TRANS UNION LLC,
a foreign limited liability company,

        Defendants.

Case No.:2:26-cv-00405-KCD-NPM

_____/

**PLAINTIFF'S NOTICE OF PENDING
SETTLEMENT AS TO ALL REMAINING DEFENDANTS**

**COMES NOW**, Plaintiff, CAMDEN MUELLER, ("Plaintiff"), by and

through the undersigned counsel, and hereby notifies the Court that Plaintiff and all

remaining defendants have reached a conditional settlement in this action.  Upon full

compliance with the terms of such settlement, Plaintiff and all remaining defendants

will request that this matter be dismissed with prejudice.

Dated: July 2, 2026

Respectfully submitted,

1

**SWIFT LAW PLLC**

/s/ *Jon P. Dubbeld*
Jon P. Dubbeld, Esq., FBN 105869
Jessica A. Stephens, Esq., FBN 1069016
11300 4th Street N., Suite 260
St. Petersburg, FL 33716
Phone: (727) 300-1929
Fax: (727) 255-5332
jdubbeld@swift-law.com
jstephens@swift-law.com
jmurphy@swift-law.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 2, 2026, I filed a true and correct copy of the above and foregoing *Notice of Settlement* via CM/ECF which will electronically serve all counsel of record:

/s/ *Jon P. Dubbeld*
Attorney for Plaintiff